UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; STEPHEN L. JOHNSON; ELIN D. MILLER; NATIONAL MARINE FISHERIES SERVICE; CARLOS M. GUITIERREZ; and JAMES W. BALSINGER,

    Defendants.

CASE NO. C08-0156-JCC

ORDER SETTING BRIEFING SCHEDULE, AMENDING CASE SCHEDULE AND TRIAL DATE, AND ENLARGING PAGE LIMITS

This matter comes before the Court on the parties' Stipulated Briefing Schedule and Stipulation to Extend Page Limits for Summary Judgment Briefing (Dkt. No. 42).

**(1)** Having reviewed the stipulated briefing schedule, the Court hereby **SETS the following briefing schedule:**

| | |
|---|---|
| July 10, 2009: | Plaintiff's motion for summary judgment |
| August 21, 2009: | Federal Defendants' and American Gold's oppositions and cross-motions for summary judgment |
| September 4, 2009: | Plaintiff's reply and opposition to Defendants' cross-motion |
| September 18, 2009: | Federal Defendants' and American Gold's replies in support of cross-motions. |

ORDER – 1

**(2)** Pursuant to the above stipulated briefing schedule, the Court hereby **AMENDS the case schedule as follows:**

January 15, 2010: Pretrial Order

January 28, 2010: Trial Briefs

February 2, 2010: Bench Trial

**(3)** Having reviewed the parties' stipulation to extend page limits for summary judgment briefing, the Court hereby **ENLARGES the permissible page limits as follows:**

| | |
|---|---|
| Plaintiff's brief in support of motion for summary judgment: | 35 pages |
| Federal Defendants' brief in opposition and in support of cross-motion: | 35 pages |
| Plaintiff's reply and opposition to Defendants' cross-motion: | 20 pages |
| Federal Defendants' reply: | 20 pages |

Defendant Intervenor American Gold will adhere to the page limits outlined in Civ. L.R. 7(e) as follows:

| | |
|---|---|
| American Gold's brief in opposition and in support of cross-motion: | 24 pages |
| American Gold's reply: | 12 pages |

SO ORDERED this 5th day of May, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 2