# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,

       Plaintiff,                  **JUDGMENT IN A CIVIL CASE**

       v.

                                                           CASE NUMBER: C08-0156-JCC

U.S. ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

       Defendants.

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

For the reasons set forth in the Court's order of April 28, 2010 (Dkt. No. 66), the Court hereby GRANTS Plaintiff's motion for summary judgment. The Clerk of the Court is directed to CLOSE the case.

Dated this 3rd day of May, 2010.

BRUCE RIFKIN, Clerk of Court

By   */s/ C. Ledesma*
         Deputy Clerk