Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,

    Plaintiff,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

    Defendants,

ICICLE ACQUISITION SUBSIDIARY, LLC,
*d.b.a.* AMERICAN GOLD SEAFOODS,

    Intervenor.

C08-0156-JCC

**MINUTE ORDER**

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on the parties' joint stipulated motion for an extension of time. (Dkt. No. 72). Having reviewed the submission and found good cause therein, the Court hereby GRANTS the motion.

MINUTE ORDER, C08-0156-JCC
Page 1

1 The Court hereby STAYS further proceedings regarding potential attorney fees under provisions in the Equal Access to Justice Act and the Endangered Species Act. In order to give the parties adequate time to negotiate a settlement, the proceedings are stayed until September 17, 2010.

If the parties cannot reach a settlement, the Court hereby ORDERS them to file a stipulated briefing schedule with the Court by no later than September 17, 2010.

DATED this 4th day of August.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
         Deputy Clerk

MINUTE ORDER, C08-0156-JCC
Page 2