HON. JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET. AL.,<br><br>    Defendants. | CASE NO. 2:08-CV-0156-JCC<br><br>**STIPULATED FEE SETTLEMENT AND PROPOSED ORDER APPROVING STIPULATION** |

This Stipulated Fee Settlement Agreement is made between Plaintiff, Wild Fish Conservancy ("Plaintiff") and the U.S. Environmental Protection Agency, *et al*. ("Defendants") to resolve Plaintiff's application for attorneys' fees and costs filed in this case on July 27, 2010 (Dkt. No. 71).

WHEREAS Plaintiff and Defendants ("the parties") agree that it serves the interests of the parties and judicial economy and efficiency to settle Plaintiff's claim for attorneys' fees and costs without the need for further litigation;

WHEREAS the parties enter into this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal;

ACCORDINGLY, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

1. Defendants agree to pay $138,000.00 to settle Plaintiff's claim for fees and costs. Payment shall be made via electronic wire transfer to the Wild Fish Conservancy. Counsel for Plaintiff shall provide counsel for Defendant all necessary account information to effectuate the electronic fund transfer and Defendant shall submit all necessary paperwork for the administrative processing of the payment to the Department of Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of issuance of the signed Court order approving this stipulation, or receipt of all necessary information from counsel for Plaintiff, whichever is later. Counsel for Defendant shall inform counsel for Plaintiff by email of the submission of the necessary paperwork for the attorneys' fees payment. The account information provided by Plaintiff's counsel shall be kept confidential and shall be used for the sole purpose of making the electronic funds transfer provided for in this stipulation.

2. Plaintiff agrees to accept this payment in full satisfaction of any and all claims for litigation fees and costs, through and including the date of this Stipulated Fee Settlement

Agreement, incurred in connection with the proceedings culminating in the Court's April 28, 2010 Order (Dkt. No. 66) and final judgment issued on May 3, 2010 (Dkt. No. 67).

3.  By this Agreement, Defendants do not waive any right to contest fees claimed by Plaintiff, including the hourly rate, in any future litigation or continuation of the present action. Further, this stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

4.  Nothing in this agreement relieves Defendants of their obligation to act in a manner consistent with applicable federal, state, or local law, and applicable appropriations law. Nothing in this agreement shall be interpreted as, or shall constitute, a requirement that obligates Defendant to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other appropriations law.

5.  Each of the parties' undersigned representatives certifies that they are fully authorized to enter into and execute the terms and conditions of this Stipulated Fee Settlement Agreement, and do hereby agree to the terms herein.

6.  The terms of this Agreement shall become effective upon entry of an order by the Court ratifying the Agreement.

Dated: August 12, 2010                                Respectfully Submitted,

/s/ Brian Knutsen
BRIAN KNUTSEN, WSBA No. 38806
Smith & Lowney, P.L.L.C.
2317 East John Street
Seattle, WA 98112
Phone: (206) 860-2883
Email: briank@igc.org

Attorney for Plaintiff

| | |
|---|---|
| 1 | IGNACIA S. MORENO, |
|  | Assistant Attorney General |
| 2 | SETH M. BARSKY, |
|  | Acting Section Chief |
| 3 | /s/ Rickey D. Turner Jr. |
| 4 | RICKEY D. TURNER JR., Trial Attorney |
|  | (CO Bar # 38353) |
| 5 | U.S. Department of Justice |
|  | Environment & Natural Resources Division |
| 6 | Wildlife & Marine Resources Section |
|  | Ben Franklin Station, P.O. Box 7369 |
| 7 | Washington, DC 20044-7369 |
|  | Phone: (202) 305-0229 |
| 8 | Email: rickey.turner@usdoj.gov |

MARK NITCZYNSKI, Trial Attorney
(CO Bar # 20687)
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1498

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                JOHN C. COUGHENOUR
                                UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br>Defendants. | CASE NO. 2:08-CV-0156-JCC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

>     */s/ Rickey D. Turner Jr.*
>     RICKEY D. TURNER JR.

CoS                                                                                                08-cv-0156C